

# United States District Court
# Eastern District of California

| TORRIE MAYFEILD | Case Number: 2:25-cv-00203 DC SCR |
|---|---|
| Plaintiff(s) | |
| V. | APPLICATION FOR PRO HAC VICE AND PROPOSED ORDER |
| POWERSCHOOL GROUP, LLC, et al. | |
| Defendant(s) | |

Pursuant to Local Rule 180(b)(2) of the United States District Court for the Eastern District of California, Charles E. Schaffer hereby applies for permission to appear and participate as counsel in the above entitled action on behalf of the following party or parties:
Plaintiff Torrie Mayfeild

On 11/27/1995 (date), I was admitted to practice and presently in good standing in the Pennsylvania (court). A certificate of good standing from that court is submitted in conjunction with this application. I have not been disbarred or formally censured by a court of record or by a state bar association; and there are not disciplinary proceedings against me.

☑ I have / ☐ I have not concurrently or within the year preceding this application made a pro hac vice application to this court. (If you have made a pro hac vice application to this court within the last year, list the name and case number of each matter in which an application was made, the date of application and whether granted or denied.)

Latanya Ri'Chard v. Only What You Need, Inc. 1:24-cv-01051 ; Filed 11/21/2024 ; Granted
Ellen Pace, et al v. Omni Family Health 1:24-cv-01277 ; Filed 2/10/2025 ; Granted

Date: 03/18/2025            Signature of Applicant: /s/ Charles E. Schaffer

**Pro Hac Vice Attorney**

Applicant's Name: Charles E. Schaffer

Law Firm Name: Levin Sedran & Berman, LLP

Address: 510 Walnut Street, Suite 500

City: Philadelphia   State: PA   Zip: 19106

Phone Number w/Area Code: (215) 592-1500

City and State of Residence: Geynedd Valley, Pennsylvania

Primary E-mail Address: cschaffer@lfsblaw.com

Secondary E-mail Address:

I hereby designate the following member of the Bar of this Court who is registered for ECF with whom the Court and opposing counsel may readily communicate regarding the conduct of the case and upon whom electronic notice shall also be served via the Court's ECF system:

Local Counsel's Name: M. Anderson Berry

Law Firm Name: Clayeo C. Arnold, A Professional Corporation

Address: 865 Howe Avenue

City: Sacramento   State: CA   Zip: 95825

Phone Number w/Area Code: (916) 239-4778   Bar #: 282879

## ORDER

The Pro Hac Vice Application is APPROVED. The Pro Hac Vice Attorney is DIRECTED to request filing access through PACER.

Dated: March 27, 2025

Dena Coggins
United States District Judge